DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM WALLACE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3494

[May 12, 2022]

Appeal from order denying rule 3.850 motion in the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara R. Duffy, Judge; L.T. Case No. 92-23065CF10A.

William Wallace, Indiantown, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***